UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81282-CIV-SINGHAL

BARRY BERMAN, *individually and
on behalf of all others similarly situated*,

    Plaintiff,

v.

RESERVEBAR EXPRESS CORP.
d/b/a MINIBAR DELIVERY,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE [25]). The Court having considered the Notice of Voluntary Dismissal along with the docket and being otherwise advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to Barry Berman and **DISMISSED WITHOUT PREJUDICE** as to the claims of the putative class. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions. The Court retains jurisdiction to enforce the terms of the parties' settlement.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of March 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF